UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:24-cr-00584-MTS |
| | ) |
| | ) |
| | ) |
| RICHARD JAMES MILLER, | ) |
| | ) |
| Defendant. | ) |

## <u>DEFENDANT'S SENTENCING MEMORANDUM AND REQUEST FOR DOWNWARD DEPARTURE AND VARIANCE</u>

From the moment of Richard Miller's conception, he was doomed to be cast out by society.  He was born to an abusive father and a mother who used drugs and alcohol during pregnancy, and he was ultimately abandoned by both. He was later adopted, only to endure further physical, sexual, and emotional abuse before being cast out once again. Already burdened by intellectual disability and mental illness—and later subjected to severe physical violence—Richard began life at a profound disadvantage.  A ward of the state who eventually achieved some stability while under 24/7 care, Richard was unable to exist successfully in society once he moved out from the umbrella of guardianship.  Despite his limitations, Richard understands that his conduct in this case was wrong. He also recognizes that he cannot safely or successfully navigate life without support. He now acknowledges the need for public guardianship and continuous supervision to maintain stability. Importantly, his former foster parent, Jack Tucker, has committed to providing whatever care and support Richard will require upon release.  For these reasons, he asks the Court to consider imposing a 15-year sentence.

### I.     Richard suffered physical, emotional, and sexual abuse his entire childhood

Richard has been a ward of the state since age 7, when his adoptive parents terminated their rights.  He has been diagnosed with intellectual disability, and IQ in the 60s, and suffered a

traumatic brain injury at the age of 11.  Due to the fact that he is now 41 years old and suffered memory loss and most of his childhood records have been destroyed due to their age, little is known about Richard's early childhood.  What is reflected in Department of Mental Health (DMH) records is that Richard was born in Kansas City to an alcoholic father and a mother who used drugs and alcohol throughout her entire pregnancy.  Richard's biological father was physically and emotionally abusive to him, at one point throwing Richard against a wall when he was an infant.  He was incarcerated when Richard was young.

**PSYCHOSOCIAL HISTORY:** Richard was born in Kansas City, Missouri. He was with his biological parents, but subsequently was adopted. The adoptive parents abused him physically. He has one brother, but he is not sure of his age or name. Richard is being home schooled and is in the 7th grade.

**FAMILY HISTORY:** His biological father suffered from alcoholism. He also was physically abusive to the patient and once threw him against the wall when he was very young. He is not sure whether there is a history of suicide or any major psychiatrist illness.

*Snippet of Richard's DMH records.  Full records available upon request*

Richard was adopted by the Karen and James Miller at the age of 8.  However, after only a few years of living with them, the adoption was terminated in January of 1997.  Richard reports that the Millers were extremely abusive, stating that "he has trouble remembering things, but remembers this."  His adoptive parents used to tie him to a chair and force him to eat jalapenos and sardines.  He would wake up to them beating him over the head with a curtain rod or a broom, and they had a blue heeler that they would direct to attack him.  They frequently pushed him through windows resulting in severe injuries.  His adoptive mother was also sexually abusive, often waking Richard up by sexually abusing him and forcing him to shower with her.  Richard frequently ran away from their home to his adoptive grandparents' house and complained of the sexual abuse, just to be told by his adoptive grandpa that "it was part of the family thing."  His adoptive grandpa's brother was in prison for sexual abuse at the time.

Richard's adoptive parents terminated their parental rights after only a few years following a Department of Family Services investigation.  Richard's teacher hotlined his parents after she noticed bruising on him at school and he disclosed their abuse.  Shortly after the

hotline, he was hospitalized at a behavioral hospital and never saw Karen and James again.  He begged them not to terminate their rights, promising to "be a good kid and do whatever they say- all I want is a family."

Richard was hospitalized at Lakeland Regional Hospital in 1997 for major depressive disorder and self-mutilation following the termination of his adoptive parents' parental rights.  In the many subsequent behavioral evaluations that followed, Richard repeatedly expressed his desire to try and find "a nice mom and a nice dad."  When asked as part of his evaluation to produce a family drawing, he replied that he could not "because he has no family."  One evaluator noted that Richard's "psychological and behavioral problems are most likely a combination of his limited cognitive capacity, distractibility... as well as an overwhelming sense of loss and abandonment."

Once Richard's adoptive parents terminated their rights, he never found a family or any kind of community stability; his intellectual disability and mental illness made him too high needs for anyone to want him.  Only one family even considered adopting Richard but backed out because of his high needs behavior. The older he got the harder it was to find a permanent placement, especially given his need for a highly structured environment.  Richard's photo was submitted to the state for a photo listing on an adoption website but not one person ever inquired about adoption.

| 1. COMPLETE THE FOLLOWING PLACEMENT INFORMATION CHART: | | | | |
|---|---|---|---|---|
| **CURRENT PLACEMENT** | **PLACEMENT TYPE** | | **DATE PLACED** | **AMOUNT AND SOURCE OF CHILD'S INCOME** |
| Reliable Home Care | MMH | | 07/30/2002 | SSI |
| **PREVIOUS PLACEMENTS** (Include copy of ZPLA, ZCSM & ZCRT screens) | **FROM DATE** | **TO DATE** | **PLACEMENT TYPE** | **REASON CHILD IS NO LONGER IN THIS PLACEMENT** |
| Royal Oaks Hospital | 07/20/2002 | 07/30/2002 | MMH | Discharged from hospital stay |
| Mary Wood | 09/26/2001 | 07/30/2002 | MMH | Provider Requested |
| Heartland - BHC Spirit of St. Louis | 07/20/2001 | 09/26/2001 | MMH/RFA | Moved to Medicaid Waiver Slot |
| Heartland - BHC Spirit of St. Louis | 06/08/2001 | 07/20/2001 | MMH/RFA | Certified for one month only |
| Sandra Kunz | 01/19/2001 | 06/08/2001 | FHB | Disruption - Would not take him back |
| Terry Wilmering | 07/18/2000 | 01/19/2001 | CFP | 6 Month program only |
| Benito Perez | 07/13/2000 | 07/18/2000 | FHE | Emergency only |
| ACT | 04/21/1999 | 07/13/2000 | FRA | Requested to be moved |
| Valley Springs | 03/19/1998 | 04/21/1999 | RFA | Requested to be moved |
| Spoffard | 07/23/1997 | 03/19/1998 | RFA | Requested to be moved |
| Dennis Halbrook | 06/21/1997 | 07/23/1997 | CFP | Temporary placement |
| Royal Oaks | 05/09/1997 | 06/21/1997 | MMH | Discharged from hospital stay |
| Piney Ridge | 02/07/1997 | 05/09/1997 | RFA | Needed hospitalization |
| | | | | |

*Snippet of Richard's DMH records.  Full records available upon request*

Because Richard never found a permanent family, he bounced around from foster home to hospitalization back to temporary foster placement.  He estimates that he was housed between 17-20 different placements during his childhood.  The snippet above shows a small sample of some of the homes and youth residences where he was housed, none for more than a year at a time.  Richard reports that he suffered abuse, both physical and sexual, in some of the foster homes he was placed in.

Because Richard never had a normal upbringing, he never learned how to exist in society. School records indicated his school counselors mentioned that Richard would speak too loud or try to butt into others conversations in a way that annoyed his peers and isolated him further. Children's service records described him as "very needy, partially due to his mental retardation, but enthusiastic and likable". However, because of his high needs, he had a hard time staying in anyone's foster place with many families serving as temporary placement only are quickly returning him to the state because of his high needs.

II.    **Richard suffered a brutal attack at the age of 11 that left him with a traumatic brain injury, compounding his already severe intellectual disability and mental illness**

Almost all of Richard's early childhood remains a fuzzy memory to him. That is because when Richard was around 11 years old, he suffered a traumatic brain injury while he was at Valley Springs Youth Ranch in Black, Missouri. Valley Springs outh Ranch is a residential care facility that houses children that have been sexually or physically abused, or otherwise have behavioral issues, and also serves as a home for foster children. Former residents of the facility have since spoken out about the abusive practices there. One resident recalled:

> "On one occasion, I was forced to sit outside in the middle of January without a coat. Several of my housemates—the 'bigger' guys—were turned into zombies because of large dosages of sedatives that made them less of a threat. It was very common for a female night staff member to have her 'favorites' and take those young men to private areas in the middle of the night. Anyone not following the explicit orders of a staff member—even those orders which any other person would scoff at—would be subjected

to 'restraint,' which meant being tackled to the ground. Those with developmental issues were routinely called 'retard' by the staff."[1]

It was in this environment where Richard was brutally attacked by a group of 9 or 10 boys shortly after he arrived at Valley Springs. From what he can remember, the boys were all from St. Louis and picked on him because of his intellectual disability. The first time the gang of boys attacked Richard, he fought back and broke the tooth of one of the boys. As retaliation, they assaulted him again, beating him with large rocks in a 10 on 1 fight. Richard lost consciousness during the attack, but witnesses told him that the boys kept on beating him even after he passed out. To this day, he still has a large scar on the back of his head. This assault left Richard bedridden for three or four months. The facility never sent him outpatient to a hospital for care, but rather, housed him in the medical ward at Valley Springs. Due to the severity of his brain injury, Richard has a hard time remembering life before age 11. Because Valley Springs is a residential facility for children and they never sent him to a hospital, all records pertaining to this incident have since been destroyed.

Richard's traumatic brain injury exacerbated his already extremely limited functioning. Richard's records demonstrate that he was diagnosed with intellectual disability, or as it was called at the time, "mental retardation." Even as an adult, his functioning was limited enough to require guardianship. Richard was a ward of the state until he turned 21 when he was released from Children's Division custody. He was then placed under the guardianship of the public administrator. He required assistance with many daily living activities and had 24/7 care. " Richard's Department of Mental Health "Missouri Critical Adaptive Behaviors Inventory Ability Statements" indicates just how low functioning he was, even as an adult, stating that Richard was unable to provide "reasonably complete and accurate personal data, including name, date of birth, place of residence, telephone number, nature of disabling condition, education, employment data, etc." The inventory also stated that Richard required assistance from his guardian with making "major life decisions such as choice of type and location of living arrangements, marriage, and career choice," as well as requiring the assistance of his guardian to manage his personal finances and remind him when to make medical appointments and take his daily medication. Richard would not remember to carry out regular duties and chores like

---

[1] https://archive.is/de4be#selection-425.1-434.0

"simple meal preparation, light housekeeping, etc., without reminders from his guardian.  He still struggles with literacy as noted by this inventory, which states that he lacks the "vocabulary and grammatical ability to write or tape a functional letter such as a personal note to a friend or a response to a business."[2]  Richard used a "special toothbrush with a picture to brush his teeth.  His DMH records paint a picture of a grown man with the mind of a child, unable to care for himself.

Achievement Tests results are as follows:

| SUBTEST | STANDARD SCORE | GRADE SCORE |
| --- | --- | --- |
| Reading | 67 | 2 |
| Spelling | 65 | 1 |
| Arithmetic | 58 | 2 |

*Results of Richard's IQ testing*

Richard also was diagnosed with serious mental health issues from a young age.  Records indicate that he was diagnosed consistently with intellectual disability, bipolar disorder, major depressive disorder, and ADHD, as well as posttraumatic stress disorder form the abuse he suffered as a child.  He had at least seven hospitalizations in behavioral hospitals as a child, often due to expressions of self-harm or disruptive behavior.  As an adult, Richard found a prescription regimen on mood stabilizers that helped keep his bipolar disorder in check.  However, he still struggles with his mental health, particularly struggling with his PTSD and processing his incredible amount of past trauma.

> DESCRIBE YOUR DISABILITY AND THE WAYS IT AFFECTS YOUR LIFE
>
> Bipoler And Depression and It maks me have harder Time With getting on my owen
>
> ABOVE DATA FILLED IN BY THE
> ☑ APLICANT  ☐ INTAKE WORKER

*Snippet from Richard's DMH assessment*

---

[2] Defense Ex. A

### III.    Richard finally achieved some stability while under guardianship of Reliable Home Care

Richard was placed in foster care with Reliable Home Care when he was 13 years old. Children's Division requested an emergency placement for him after his previous foster home was unable to meet his high behavioral needs. Richard remained under the care of Reliable Home Care even when he turned 18. At that point, he started to get a measure of independence, living independently with two housemates but with 24/7 assistance. Richard's negative behaviors increased with this independence. As a result, Jack Tucker, the owner of Reliable Home Care and the only support person in Richard's life, moved in with Richard and helped him with the tasks of daily living, including hygiene, house chores, and taking his medication.  While under the supervision of Reliable Home Care and Jack Tucker, Richard not only graduated from high school, but even managed to hold down some jobs, including doing janitorial work and working as a cart pusher at Wal-Mart.

Unfortunately, as Richard gained independence, he also gained false confidence that he no longer required 24/7 assistance with daily living.  Because of this, he moved to reduce the number of support hours per week, and eventually, requested that his own guardianship be restored.  This request was granted in 2018, against the advice of Jack Tucker and Reliable Home Care.  It was once Richard was completely on his own that the incidents in this case occurred. Richard has demonstrated that he can live a successful, law-abiding life, as long as he has assistance with daily living and some level of guardianship over him.

### IV.    For Richard, who has never had any prior interaction with the law, a 15-year prison sentence leads to a very low risk of recidivism

Richard stands before this Court at age 41 having never before been arrested, charged, or convicted of any crime. That fact alone places him in a category that empirical research consistently identifies as among the least likely to ever reoffend. When combined with the length of the sentence he now faces and his intellectual disability, he presents an exceptionally low risk of recidivism.

The United States Sentencing Commission has repeatedly found that first-time offenders are fundamentally different from those with prior criminal histories. In its comprehensive study

of recidivism, the Commission reported that individuals in Criminal History Category I with zero criminal history points have dramatically lower rearrest rates than any other group.[3]  The Commission has recognized that true "first offenders"—those with no prior arrests or convictions—recidivate at rates significantly below even other Category I defendants, with some studies placing their rearrest rates as low as approximately 13% over an eight-year follow-up period.[4]

Age further reduces that already low risk. Recidivism declines sharply as individuals grow older. According to Sentencing Commission data, individuals over 40 at the time of release reoffend at markedly lower rates than younger defendants, and the decline is steep and continuous.  For example, offenders released in their 40s have recidivism rates roughly half those of individuals released in their 20s.  By the mid-to-late 50s, recidivism becomes comparatively rare.[5]  The Sentencing Commission has found that individuals released after age 50 have recidivism rates of roughly 20% or lower, with rates declining even further as age increases.

By the time Richard is released, he will be at least in his mid-fifties.  Richard's intellectual disability provides an additional, independent reason why he is unlikely to recidivate—particularly under structured supervision, something that Richard realizes is a necessity for him.  The fact that Jack Tucker, the only "family" that Richard has ever had, continues to support him and is committed to having his company help supervise Richard once he is released is further assurance that nothing like this will ever happen again.

### V.    Conclusion

Richard's past is defined by forces largely beyond his control: profound intellectual limitations, severe and repeated abuse, and a lifetime of instability. When he has been placed in a structured, supervised environment, he has demonstrated the ability to remain stable and law-abiding. When that structure was removed, he did not have the capacity to succeed on his own. However, upon release, Richard will not be left to navigate the world alone. Guardianship will be restored, ensuring that his housing, medical care, finances, and daily functioning are closely

---

[3] U.S. Sent'g Comm'n, The Effects of Aging on Recidivism Among Federal Offenders (2017), https://www.ussc.gov/sites/default/files/pdf/research-and-publications/research-publications/2017/20171207_Recidivism-Age.pdf
[4] Id.
[5] Id.

supervised. Jack Tucker has committed to helping Richard in the future, further ensuring his care.

WHEREFORE Richard Miller respectfully requests this Court sentence him to 15 years in the Bureau of Prisons.

Respectfully submitted,

/s/ *Julie Clark*
Assistant Federal Public Defender
1010 Market Street - Suite 200
St. Louis, Missouri  63101
Telephone: 314 241 1255
Fax: 314 241 3177
E-Mail: Julie_Clark@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2026, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Kyle Bateman, Assistant United States Attorney.

/s/ Julie Clark